UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
NOVEMBER 6, 2018 SESSION



FILED
NOV - 7 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:18-00266

                                   18 U.S.C. §2
                                   18 U.S.C. §2251(a)

RICHARD WILSON SMITH II         18 U.S.C. §2251(e)
ROSEANNA ELAINE THOMPSON

# INDICTMENT

The Grand Jury Charges:

## COUNT 1
### (Production of Child Pornography)

On or about April 19, 2015, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendants RICHARD WILSON SMITH II and ROSEANNA ELAINE THOMPSON, aided and abetted by each other, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction has actually been transported in and affecting interstate commerce and using a means and facility of interstate commerce, and was made using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2, 2251(a) and (e).

                                    MICHAEL B. STUART
                                    United States Attorney

By: _____
       JENNIFER RADA HERRALD
       Assistant United States Attorney